# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON MEISINGER,<br><br>        Defendant. | 8:15CR288<br><br>JUDGMENT |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court completed its initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 46, and the Motion is denied;

2. The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 26th day of October, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge